UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL VANEYCK,

    Plaintiff,

v.

    CASE No. 1:19-CV-73

    HON. ROBERT J. JONKER

OTTAWA COUNTY SHERIFF'S OFFICE, et al.,

    Defendants.

_____

## **JUDGMENT**

In accordance with the Opinion and Order entered this day, Judgment is entered in favor of Defendants and against Plaintiff Michael Vaneyck.

Dated:   September 28, 2020       /s/ Robert J. Jonker
                                                           ROBERT J. JONKER
                                                           CHIEF UNITED STATES DISTRICT JUDGE